**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TIANQIANG HUANG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-26-227-SLP |
| PAMELA JO BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

The Court is in receipt of Respondents' Objection [Doc. No. 17] to the Report and Recommendation.   Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before March 25, 2026.  Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

IT IS SO ORDERED this 20th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE