**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date:  April 30, 2026

TIANQIANG HUANG,                          )
                                          )
                Petitioner,               )
v.                                        )        Case No. CIV-26-227-SLP
                                          )
TODD BLANCHE, Acting Attorney             )
General, Senior Official of US Dept.      )
of Justice, et al.,                       )
                                          )
                Respondents.              )

Enter Order:

In accordance with 28 U.S.C. § 636, Petitioner's Application for Attorney's Fees and Cost Pursuant to the Equal Access to Justice Act [Doc. No. 15] is hereby referred to Magistrate Judge Amanda L. Maxfield for the preparation and submission to Chief Judge Scott L. Palk of Findings and Recommendations as referenced in 28 U.S.C. §§ 636(b)(3).

By direction of Chief Judge Scott L. Palk, we have entered the above enter order.


                        JOAN KANE, CLERK OF COURT


                        By: s/ Lori Gray_____
                             Deputy Court Clerk